FRANCES F. LOMBARD, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

Reported below, 6 Misc. Rep. 602.
(Argued December 6, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 26, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Matthew Hale* for appellant.

*Isaac M. Kopper* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.

---

W. BAYARD CUTTING et al., Respondents, *v.* WILLIAM E. D. STOKES, Impleaded, etc., Appellant.

Reported below, 72 Hun, 376.
(Argued December 6, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 13, 1893, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*William R. Martin* for appellant.

*J. Archibald Murray* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLETT, J., dissenting.